UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TARRENCE JERMANE HEARD, | : | |
| Plaintiff, | : | Civ. No. 23-21567 (RBK) (SAK) |
| v. | : | |
| OFFICER ISRAEL TREJO, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Plaintiff is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff listed his address of record at the Hudson County Correctional Facility in Kearny, New Jersey. However, mail recently sent to Plaintiff by the Clerk at that address was returned as undeliverable. (*See* ECF 4). Therefore, Plaintiff's current address of record in this case appears to be inaccurate. Thus, Plaintiff is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS on this 18th day of December, 2023,

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge